# United States Court of Appeals
## For the First Circuit

No. 19-2282

MASSACHUSETTS DEPARTMENT OF TELECOMMUNICATIONS AND CABLE,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION,

Respondent,

And

CHARTER COMMUNICATIONS, INC.,

Intervenor.

**ERRATA SHEET**

The opinion of this Court issued on December 18, 2020, is amended as follows:

On the cover page, replace "Maura Healy, Attorney General," with "Maura Healy, Attorney General of Massachusetts,"

On the cover page, in footnote * replace "While this case was submitted to a panel that included Judge Torruella, he did not participate in the issuance of the panel's opinion. " with "Judge Torruella heard oral argument in this matter and participated in the semble, but he did not participate in the issuance of the panel's opinion in this case."